ERIE RAILROAD CO. *v.* SCHLEGEL, ADMR.
ERIE RAILROAD CO. *v.* HUSZTY.

*Trials—Verdict by three-fourths of jury—Section 5, Article I, Ohio
Constitution, 1912—Sections 11455· and 11457, General Code
(103 O. L., 11)—Actions under federal employers' liability acts
—35 U. S. Stats. at Large, 65, c. 149—36 U. S. Stats. at Large,
291, c. 143—Articles VII and XIV, Amendments to U. S.
Constitution.*

(Nos. 15070 and 15118—Decided May 23, 1916.)

ERROR to the Court of Appeals of Summit county.

ERROR to the Court of Appeals of Cuyahoga
county.

*Messrs. Mather & Nesbitt* and *Messrs. Cushing,
Siddall & Lamb,* for plaintiff in error.

*Messrs. Hagelbarger & Doolittle,* for defendant
in error, Schlegel, Admr.

Opinion *Per Curiam.*

*Messrs. Bernsteen & Bernsteen,* for defendant in error, Huszty.

Judgments affirmed on authority of *Minneapolis & St. Louis Rd. Co.* v. *Bombolis, Admr.,* 241 U. S., 211.

*Judgments affirmed.*

NICHOLS, C. J., JOHNSON, DONAHUE, WANA-MAKER, NEWMAN, JONES and MATTHIAS, JJ., concur.